| DIST. | OFF. | YR. | DOCKET NUMBER | FILING DATE MO. DAY YR. | J | N/S | O | D PTF DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  | J / M |  |  |  |  |

**TITLE:** ... STUDENT LOAN

**CAUSE:**

# 1 PLA
UNITED STATES OF AMERICA

A. PATRICIA FROHMAN
U.S. ATTORNEY'S OFFICE
U.S. COURTHOUSE-ROOM 3926
3RD & CONSTITUTION AVENUE, N.W.
WASHINGTON          DC 20001
(202) 633-4979

GASCH, J.

# 2 DFT
CHARLES A. GRANDSON

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
|  | DATE | RECEIPT NUMBER | C.D NUMBER | CARD | DATE MAILED |
|  |  |  |  | JS-5 |  |
|  |  |  |  | JS-6 |  |

UNITED STATES DISTRICT COURT DOCKET                             DC 111 (Rev 7/82)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1983 | | |
| Aug 19 | 1 | COMPLAINT; appearance; Exhibit A and B. |
| Aug 19 | | SUMMONS (1) issued. |
| Aug 19 | | CASE assigned to Judge for statistical purposes. All subsequent pleadings or papers received in the above case should be referred to the Courtran coordinator. |
| Sep 16 | 2 | NOTICE and acknowledgment of receipt of summons and complaint on 8/26/83. |
| 1984 | | |
| Jan. 30 | 3 | AFFIDAVIT by pltf in support of Default and Judgment. |
| Jan. 30 | 4 | ORIGINAL PROMISSORY Note. |
| Jan. 30 | 5 | MILITARY AFFIDAVIT. |
| Jan. 30 | 6 | DEFAULT and JUDGMENT is entered for the United States of America, plaintiff against Charles A. Grandson, defendant in the amount of Two Thousand Four Hundred Sixty One Dollars & 00/100 ($2461.00) with interest in the amount of $668.73 as of August 15, 1980 and accruing thereafter at 7% per annum until judgment and thereafter at the legal rate of 9.87 per annum until paid and costs. (N) BY CLERK |
| Apr. 18 | 7 | CERTIFICATION by recorder of deeds of recording of judgment on March 13, 1984. Instrument Number 815 |
| Apr. 18 | 8 | AGREEMENT file 4-17-84 to stay execution of Judgment entered on 1-30-84. (See order for details) (N) HARRIS, J |
| 1988 | | |
| Aug. 11 | 9 | INTERROGATORIES by pltf. on supplementary proceedigns. (erd) |
| 1989 | | |
| Feb 3 | 10 | MOTION by pltf. for an order compelling discovery. (erd) |
| Mar. 2 | 11 | ORDER that the motion is granted, and deft is directed to answer the interrogatories filed herein on 8-11-88, on or before 3-24-89. (N) PENN, J. (erd) |
| Dec. 31 | 12 | MOTION by pltf. for order summoning deft. for oral examination and to produce documents (erd) |
| 1991 | | |
| Jan. 22 | 13 | ORDER filed 1-18-91 directing deft. to appear before Mag/Judge Robinson on 2-26-91 at 10:00 a.m. for an oral examination; directing deft. to bring certain documents. (N) PENN, J (erd) |
| Aug 6 | 14 | WRITS of Attachment issued to Washington Metropolitan Area Transit Authority; garnishee pursuant to application for continuing garnishment by USA. (cp) |
| Aug 14 | 15 | ANSWER by WMATA, Garnishee to interrogatories. (md) |