UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO.  1:83CV02442 JGP

UNITED STATES OF AMERICA,        )
       Plaintiff,              )
          v.                     )
Charles A. Grandson               )
    Defendant(s),               )
          and                    )
CHEVY Chase Bank                  )
      Garnishee                   )

ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____.

CHEVY Chase Bank
Garnishment Admin.
6200 Chevy Chase Dr.
Laurel, MD 20707

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) *Garnishment Specialist* of Garnishee, *Chevy Chase Bank* a corporation, organized under the laws of the State of *MD, DC, VA, WVA, DE I* On *22 January* 200*7*, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes    No

___    _✓_   1.   Defendant was in my/our employ.

2.   Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.

Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3.   Enter amount of net wages. Calculate below:

(a) Gross Pay                    $_____

(b) Federal income tax           _____

(c) F.I.C.A. income tax          _____

(d) State income tax             _____

Total of tax withholdings        $_____

Net Wages                        $_____
(a less total of b,c,d)

___    _✓_   4.   Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

_____

5.   The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

\_\_\_\_  [The Garnishee makes the following claim of exemption on the part of Defendant:]

\_\_\_\_  [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

_X_  [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Charles A. Grandson and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Charles A. Grandson,   10212 Tenbrook Drive Silver Spring, MD  20901 , and (2) the attorney for the United States, Herbert A. Rosenthal, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20006

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: 22 January 07          _____
                             Garnishee

_____
Printed Name and Title

Sherika Ferguson
Tax Garnishment Specialist
6200 Chevy Chase Drive
Laurel, MD 20707
301-953-8692

_____
Address for further communications

_____
Telephone

301-953-8769
_____
Fax Number